Brent R. Phillips (SBN 235753)
Ronald A. Gorrie (SBN 180477)
PHILLIPS LAW CORPORATION
801 Parkcenter Drive, Suite 105
Santa Ana, CA 92705
Tel: (714) 573-4087
Fax: (714) 586-5499
E-mail: bphillips@phillipslawcorporation.com

Attorneys for Defendant VERCY L.L.C.

**BEFORE THE UNITED STATES JUDICIAL PANEL**

**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE VERCY, L.C.C. TELEPHONE CONSUMER PROTECTION ACT LITIGATION** | **MDL Case No.: 3049**<br><br>**SCHEDULE OF ACTIONS** |

///

///

///

///

///

///

///

///

///

///

- 1 -
**SCHEDULE OF ACTIONS**

|   | Case Caption | District Court and Division | Civil Action Number |
|---|---|---|---|
| 1. | *Richard Wayne Glover, individually and on behalf of all other similarly situated, v. Vercy, L.L.C.* | Central District of California / Southern Division | 8:22-cv-01157-CJC-JDE |
| 2. | *Shane Scofield, individually and on behalf of all others similarly situated, v. Vercy, L.L.C.* | Central District of California / Southern Division | 8:22-cv-01376-DOC-ADS |
| 3. | *Virginia Johnson-Gruver, individually and on behalf of other similarly situated v. Vercy, L.L.C.* | Eastern District of Arkansas / Northern Division | 3:22-cv-00047-KGB |
| 4. | *Erik Salaiz v. Vercy, L.L.C.and Nader Sepehr* | Western District of Texas / El Paso Division | 3:22-cv-00224-DB |

PHILLIPS LAW CORPORATION

DATED: August 23, 2022     By: *Brent R. Phillips*
BRENT R. PHILLIPS
801 Parkcenter Drive, Suite 105
Santa Ana, CA 92705
Tel: (714) 573-4087
Fax: (714) 586-5499
E-mail: bphillips@phillipslawcorporation.com

Attorneys for Defendant
VERCY, LLC